

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-14-00125-CR

## IN RE TERRY LEE NELSON

---

## Original Proceeding

---

## MEMORANDUM OPINION

---

The petition for writ of mandamus is denied.[1]

REX D. DAVIS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Petition denied
Opinion delivered and filed May 29, 2014
Do not publish
[OT06]

---

[1] The petition for writ of mandamus has numerous procedural deficiencies; it lacks most of the contents required by Rule 52. *See* TEX. R. APP. P. 52.3. It does not include the certification required by Rule 52.3(j). *See id.* 52.3(j). It lacks an appendix and a record. *See id.* 52.3(k), 52.7. And the petition lacks proof of service on the Respondent trial judge and on the Navarro County District Attorney, a Real-Party-in-Interest. *See id.* 9.5, 52.2. A copy of all documents presented to the Court must be served *on all parties* to the proceeding and must contain proof of service. *Id.* 9.5. Because of our disposition and to expedite it, we will implement Rule 2 and suspend these rules. *Id.* 2.